ORIGINAL

E-filing

FILED
AUG 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Robert R. Pohls (California Bar #131021)
Jason G. Gong (California Bar #181298)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Defendant **CoreSource Inc.**

ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR MEDICAL CENTER HEALTH, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCIOS, INC., a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. C07-04416 EDL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Trustmark Insurance Company is the corporate parent of defendant CoreSource, Inc. ("CoreSource"). CoreSource further certifies that no other party has a direct, pecuniary interest in the outcome of this case.

**POHLS & ASSOCIATES**

_____
Robert R. Pohls
Jason G. Gong
Stacey L. Leask
Attorneys for Defendant **CoreSource, Inc.**

## PROOF OF SERVICE

**Re: John Muir Medical Center Health v. Scios, Inc.; CoreSource, Inc., et al.
Contra Costa County Superior Court Case No. L07-03956
U.S. District Court, Northern District of California, Case No.** *(not yet assigned)*

I, Stacey L. Leask, declare that I am over the age of eighteen years, and not a party to this action or proceeding. My business address is 12657 Alcosta Boulevard, Suite 150, San Ramon, CA 94583. On August 27, 2007, I caused the following document(s) to be served:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☉ in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Susan H. Hua, Esq.
Stephenson, Acquisto & Colman
303 N. Glenoaks Blvd., Suite 700
Burbank, California 91502

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct. Executed on August 27, 2007 at San Ramon, California.

*/s/ Stacey L. Leask*
**Stacey L. Leask**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.

Page 2