1  STEPTOE & JOHNSON LLP
   Mark A. Neubauer (SBN 73738)
2  Christian A. Jordan (SBN 235081)
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, CA  90067-5052
   Telephone:  (310) 734-3200
4  Facsimile:  (310) 734-3300
   Email:  mneubauer@steptoe.com
5  Email:  cjordan@steptoe.com

6  Attorney for Defendant
   SCIOS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN MUIR MEDICAL CENTER          Case No.:  C07-04416 EDL
   HEALTH,  a California nonprofit public
12 benefit corporation,                Hon. Elizabeth D. Laporte

13              Plaintiff,

14        vs.                          NOTICE OF ERRATA RE
                                       DEFENDANT SCIOS, INC.'s
15 SCIOS, INC. a California for profit ANSWER TO AMENDED
   corporation; CORESOURCE, INC., a   COMPLAINT
16 Delaware for profit corporation; and
   DOES 1 through 25, inclusive,
17
                Defendants.
18

19

20

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22        PLEASE TAKE NOTICE that Defendant Scios, Inc.'s Answer, filed in the Contra

23 Costa Superior Court on August 27, 2007, inadvertantly omitted the word "Amended" in

24 the caption, which should have read  "Answer to Amended Complaint", rather than

25 Answer to Complaint.

26

27

28

1    Counsel apologizes for the inadvertent omission.

2

3    DATED: September 4, 2007          Respectfully Submitted

4                                      STEPTOE & JOHNSON LL.P.
                                       MARK A. NEUBAUER
5                                      CHRISTIAN A. JORDAN

6

7                                      By:  /s/ Mark A. Neubauer
                                           MARK A. NEUBAUER
8                                          Attorneys for Defendant SCIOS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Doc. # CC-165722

**PROOF OF SERVICE**
C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.260

I am a resident of, or employed in, the County of Los Angeles. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067.

On September 4, 2007, I served the following listed document(s), by method indicated below, on the parties in this action: NOTICE OF ERRATA RE DEFENDANT SCIOS, INC.'s ANSWER TO AMENDED COMPLAINT

***SEE ATTACHED SERVICE LIST***

☒ **BY U.S. MAIL**
By placing ☐ the original / ☒ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067., following ordinary business practices. I am readily familiar with Steptoe & Johnson LLP's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents.
**Courtesy Copy via Email to Address Listed on Service List**

☐ **BY PERSONAL SERVICE**
  ☐ By personally delivering and handing the document(s) listed above to the person(s) identified on the attached service list.

  ☐ By personally delivering the document(s) listed above to the office address(es) as shown on the attached service list and leaving said document(s) with a clerk or other person in charge, or if no one is in charge leaving it in a conspicuous place in the office(s).

  ☐ By personally delivering the document(s) listed above to the address(es) as shown on the attached service list and leaving said document(s) with someone of suitable age and discretion residing at said address(es).

☐ **BY ELECTRONIC SERVICE**
  **(via electronic filing service provider)**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider at www.fileandserve.lexisnexis.com, from the email address _____@steptoe.com, at approximately _____. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☐ **BY ELECTRONIC SERVICE**
  **(to individual persons)**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list from the email address _____@steptoe.com at approximately _____. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.260.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson LLP in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as a courtesy to the parties.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on September 4, 2007, at Los Angeles, California.

Maria Rodriguez                           */s /*
Type or Print Name                        Signature

DOC. # CC-165722

1

2

### SERVICE LIST

3    Joy Y. Stephenson, Esq.                    Attorneys for Plaintiff JOHN MUIR
     Susan H. Hua, Esq.                         MEDICAL CENTER HEALTH
4    Stephenson Acquisto & Colman
     303 N. Glenoaks Boulevard, Suite 700
5    Burbank, CA 91502
     Tel. (818) 559-4477
6    Fax  (818) 559-5484

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1