1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.    (SBN 136571)
3  SUSAN H. HUA, ESQ.   (SBN 243388)
   303 N. Glenoaks Blvd., Suite 700
4  Burbank, CA 91502
5
   Telephone:  (818) 559-4477
6  Facsimile:   (818) 559-5484
7
   Attorneys for Plaintiff
8  JOHN MUIR HEALTH

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11

| JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCIOS, INC., a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:   C07-04416 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**NOTICE OF ERRATA RE AMENDED COMPLAINT**<br><br>Complaint Filed:  June 27, 2007<br><br>Amended Complaint Filed: July 19, 2007 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER inadvertently inserted the words "Medical Center" when identifying its legal name, "JOHN MUIR HEALTH," on the caption

2956                         - 1 -    NOTICE OF ERRATA RE AMENDED COMPLAINT

page of the Amended Complaint. In addition, the words "Medical Center" were inadvertently inserted twice into Lines 2, 4, 6, 7, and 8 of Paragraph 1 of the Amended Complaint when identifying "JOHN MUIR MEDICAL CENTER."

Although an obvious clerical error, Plaintiff apologizes for any inconvenience and/or confusion this may have caused.

Dated: 26 September 2007

STEPHENSON, ACQUISTO & COLMAN

_____
SUSAN HUA
Attorneys for
JOHN MUIR HEALTH

**PROOF OF SERVICE**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 27 September 2007, I served the foregoing document(s) entitled:

**NOTICE OF ERRATA RE AMENDED COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[ X ]  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ]  BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]  BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ]  BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

[ ]  State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1  [ X ]  Federal:  I declare that I am employed in the office of a member of the bar of
2          this court at whose direction the service was made.

3

4                                              /s/ Aida Grigorian

5                                              AIDA GRIGORIAN

## SERVICE LIST

Mark A. Neubauer, Esq.
Christian A. Jordan, Esq.
STEPTOE & JOHNSON LLP
2121 Avneue of the Stars, Suite 2800
Los Angeles, CA 90067