1  STEPTOE & JOHNSON LLP
   Mark A. Neubauer (SBN 73738)
2  Christian A. Jordan (SBN 235081)
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, CA  90067-5052
   Telephone:  (310) 734-3200
4  Facsimile:   (310) 734-3300
   Email:      mneubauer@steptoe.com
5  Email:      cjordan@steptoe.com

6  Attorney for Defendant
7  SCIOS, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN MUIR HEALTH d/b/a JOHN         | Case No.:  C07-04416 EDL
   | MUIR MEDICAL CENTER,  a
12 | California nonprofit public benefit | Hon. Elizabeth D. Laporte
   | corporation,
13 |                                     |
   |         Plaintiff,                  | **DEFENDANT SCIOS, INC.'S ADR
14 |                                     | CERTIFICATION BY PARTIES
   |     vs.                             | AND COUNSEL**
15 |                                     |
   | SCIOS, INC. a California for profit |
16 | corporation; CORESOURCE, INC., a    |
   | Delaware for profit corporation; and|
17 | DOES 1 through 25, inclusive,       |
18 |                                     |
   |         Defendants.                 |

---

DEF. SCIOS, INC.'S ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. C07-04416 EDL

Doc. # CC-165747 v.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN MUIR HEALTH d/b/a JOHN
JOHN MUIR MEDICAL CENTER
      Plaintiff(s),

      v.

SCIOS, INC.; CORESOURCE, INC.;
and DOES 1-25
      Defendant(s).

Case No. C07-04416 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Nov 13, 2007

[signature] [Party]

Dated: 11-13-07

[signature] Christie Jordan [Counsel]