STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73738)
Christian A. Jordan (SBN 235081)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3300
Email:      mneubauer@steptoe.com
Email:      cjordan@steptoe.com

Attorney for Defendant
SCIOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER,  a California nonprofit public benefit corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>SCIOS, INC. a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No.: C07-04416 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**DEFENDANT SCIOS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint filed:  June 27, 2007<br><br>Date:  December 4, 2007<br>Time:  10:00 a.m.<br>Courtroom E |

**TO THE HONORABLE ELIZABETH D. LAPORTE:**

Defendant Scios, Inc. respectfully requests that the Court permit appearance by its counsel telephonically at the Case Management Conference in this matter, on December 4, 2007, at 10:00 a.m.  Good cause exists for a telephonic appearance as Scios' counsel's offices are three hundred and eighty miles away in Los Angeles, California.

1       With the Court's permission, counsel will attend the Case Management

2   Conference by telephonic appearance.

3

4       DATED: November 27, 2007      Respectfully Submitted

5                             STEPTOE & JOHNSON LL.P.
                              MARK A. NEUBAUER

6                             CHRISTIAN A. JORDAN

7

8                       By:    /s/ Mark A. Neubauer

9                             MARK A. NEUBAUER

10                            Attorneys for Defendant SCIOS, INC.

11

12                      **[PROPOSED] ORDER**

13      Counsel for Defendant Scios, Inc. may appear telephonically at the Case

14  Management Conference on December 4, 2007.

15

16

17  DATED: _____

18                      HONORABLE ELIZABETH D. LAPORTE
                        UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

DEFENDANT SCIOS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CMC
Case No. C07-04416 EDL

Doc. # CC-172541 v.1