```
STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73738)
Christian A. Jordan (SBN 235081)
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
Email:   mneubauer@steptoe.com
Email:   cjordan@steptoe.com

Attorney for Defendant
SCIOS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCIOS, INC. a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: C07-04416 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**DEFENDANT SCIOS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [P~~ROPOSE~~D] ORDER**<br><br>Complaint filed: June 27, 2007<br><br>Date: December 4, 2007<br>Time: 10:00 a.m.<br>Courtroom E |

**TO THE HONORABLE ELIZABETH D. LAPORTE:**

Defendant Scios, Inc. respectfully requests that the Court permit appearance by its counsel telephonically at the Case Management Conference in this matter, on December 4, 2007, at 10:00 a.m. Good cause exists for a telephonic appearance as Scios' counsel's offices are three hundred and eighty miles away in Los Angeles, California.

1 | With the Court's permission, counsel will attend the Case Management
2 | Conference by telephonic appearance.
3 |
4 | DATED: November 27, 2007    Respectfully Submitted
5 |     STEPTOE & JOHNSON LL.P.
    MARK A. NEUBAUER
6 |     CHRISTIAN A. JORDAN
7 |
8 |     By:    /s/ Mark A. Neubauer
9 |     MARK A. NEUBAUER
10 |    Attorneys for Defendant SCIOS, INC.
11 |
12 |    **[PROPOSED] ORDER**
13 | Counsel for Defendant Scios, Inc. may appear telephonically at the Case
14 | Management Conference on December 4, 2007. Counsel shall call the Court's courtroom deputy at 415-522-3694 no later than November 30, 2007 with a number the Court can call to reach counsel on December 4, 2007. Counsel shall be available beginning at 10:00 a.m. on December 4, 2007 until called by the Court for the appearance.
17 | DATED: November 29, 2007
    HONORABLE ELIZABETH D. LAPORTE
18 |    UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte