STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.     (SBN 136571)
SUSAN H. HUA, ESQ.   (SBN 243388)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Plaintiff
JOHN MUIR HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR MEDICAL CENTER HEALTH d/b/a JOHN MUIR MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCIOS, INC., a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:    3:07-CV-04416 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Case Management Conference<br>Date:   December 4, 2007<br>Time:  10:00 a.m.<br>Courtroom E, 15th Floor |

TO THE HONORABLE ELIZABETH D. LAPORTE:

Plaintiff JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER respectfully requests that the Court permit Plaintiff's counsel to appear telephonically at the Case Management Conference in this matter, set for December 4, 2007 at 10:00 a.m.  Good cause exists for a telephonic appearance as Plaintiff's counsel's office is located in Los Angeles, California.

- 1 -  PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

With the Court's permission, counsel will attend the Case Management Conference by telephonic appearance.

Dated: 29 November 2007                    Respectfully Submitted,

STEPHENSON, ACQUISTO & COLMAN

By: _____/s/ Susan Hua_____
 SUSAN H. HUA
 Attorneys for Plaintiff JOHN MUIR
 HEALTH d/b/a JOHN MUIR
 MEDICAL CENTER

## [PROPOSED] ORDER

Counsel for Plaintiff John Muir Health d/b/a John Muir Medical Center may appear telephonically at the Case Management Conference on December 4, 2007.

Dated: _____
 HON. ELIZABETH D. LAPORTE
 UNITED STATES DISTRICT COURT JUDGE

- 2 - PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE