1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  SUSAN H. HUA, ESQ.   (SBN 243388)
4  303 N. Glenoaks Blvd., Suite 700
   Burbank, CA 91502
5
   Telephone:  (818) 559-4477
6  Facsimile:   (818) 559-5484
7
   Attorneys for Plaintiff
8  JOHN MUIR HEALTH

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| JOHN MUIR MEDICAL CENTER HEALTH d/b/a JOHN MUIR MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCIOS, INC., a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:   3:07-CV-04416 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Case Management Conference<br>Date:   December 4, 2007<br>Time:  10:00 a.m.<br>Courtroom E, 15th Floor |

TO THE HONORABLE ELIZABETH D. LAPORTE:

Plaintiff JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER respectfully requests that the Court permit Plaintiff's counsel to appear telephonically at the Case Management Conference in this matter, set for December 4, 2007 at 10:00 a.m.  Good cause exists for a telephonic appearance as Plaintiff's counsel's office is located in Los Angeles, California.

1    With the Court's permission, counsel will attend the Case Management
2    Conference by telephonic appearance.

4    Dated: 29 November 2007           Respectfully Submitted,

                                        STEPHENSON, ACQUISTO & COLMAN

                                        By: _____/s/ Susan Hua_____
                                            SUSAN H. HUA
                                            Attorneys for Plaintiff JOHN MUIR
                                            HEALTH d/b/a JOHN MUIR
                                            MEDICAL CENTER

## [~~PROPOSED~~] ORDER

Counsel for Plaintiff John Muir Health d/b/a John Muir Medical Center may appear telephonically at the Case Management Conference on December 4, 2007. Counsel shall call the Court's courtroom deputy at 415-522-3694 no later than December 3, 2007 with a number the Court can call to reach counsel on December 4, 2007. Counsel shall be available beginning at 10:00 a.m. on December 4, 2007 until called by the Court for the appearance.

Dated: November 30, 2007                _____
                                        HON. ELIZABETH D. LAPORTE
                                        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

- 2 -    PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE