| | |
|---|---|
| 1 | STEPTOE & JOHNSON LLP |
| 2 | Mark A. Neubauer (SBN 73738)<br>Christian A. Jordan (SBN 235081) |
| 3 | 2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA  90067-5052 |
| 4 | Telephone:  (310) 734-3200<br>Facsimile:   (310) 734-3300 |
| 5 | Email:       mneubauer@steptoe.com<br>Email:       cjordan@steptoe.com |
| 6 | |
| 7 | Attorney for Defendant<br>SCIOS, INC. |

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JOHN MUIR HEALTH d/b/a JOHN MUIR MEDICAL CENTER,  a California nonprofit public benefit corporation, | Case No.:  C07-04416 EDL |
| 12 | | Hon. Elizabeth D. Laporte |
| 13 | Plaintiff, | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |
| 14 | vs. | |
| 15 | SCIOS, INC. a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 through 25, inclusive, | |
| 16 | | Case Mgmt. Conf.:  December 4, 2007<br>Place: Courtroom E, 15th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102-3483 |
| 17 | | |
| 18 | Defendants. | |

CONSENT TO APPEAR BEFORE MAGISTRATE
Case No. C07-04416 EDL

Doc. # CC-172900 v.1

1    CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE
2 JUDGE:
3    Pursuant to 28 U.S.C. § 636(c)(1), defendant Scios, Inc. hereby voluntarily
4 consents to have a United States Magistrate Judge conduct any and all further
5 proceedings in the case, including trial, and to order the entry of final judgment.  Pursuant
6 to 28 U.S.C. § 636(c)(3), any appeal from the judgment shall be taken directly to the
7 United States Court of Appeals for the Ninth Circuit.

9 DATED: December 3, 2007        Respectfully Submitted
10                                STEPTOE & JOHNSON LL.P.
                                  MARK A. NEUBAUER
11                                CHRISTIAN A. JORDAN

13                                By:   /s/ Mark A. Neubauer
14                                      MARK A. NEUBAUER
                                        Attorneys for Defendant SCIOS, INC.