**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: December 4, 2007

Case No:  **C-07-04416 EDL**

Case Name:  **JOHN MUIR MEDICAL CENTER HEALTH v. SCIOS, INC.**

|  |  |  |
|---|---|---|
| Attorneys: | Pltf: Susan Hua (p) | Deft: Robert Pohls  (Coresource, Inc.) |
|  |  | Christian Jordan (p)  (Scios, Inc.) |

| | |
|---|---|
| Deputy Clerk:  Lili M. Harrell | FTR Digital Recorder: 10:32am - 10:36am |

**PROCEEDINGS:**
   Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
   - Case previously referred to the Court's ADR Department for Mediation to occur within
      90 days, if possible.
   - If case does not resolve at mediation, plaintiff shall file its motion to remand
      by 3/4/2008, set for hearing 4/8/2008 at 9:00am.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**

**Notes:**

cc: ADR