# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number:  (415) 875-5721
jpbaker@jonesday.com

**VIA EMAIL**

December 27, 2007

Joy Young Stephenson
Susan H. Hua
Barry Sullivan
STEPHENSON, ACQUISTO & COLMAN
303 N. Glenoaks Blvd., Suite 700
Burbank, CA  91502

Mark A. Neubauer
STEPTOE & JOHNSON
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052

Robert Reins Pohls
Jason George Gong
Stacey Lynn Leask
POHLS & ASSOCIATES
12657 Alcosta Blvd., Suite 150
San Ramon, CA  94583

Re:    John Muir Medical Center Health v. Scios, Inc.
       <u>USDC N.D. Cal. Case No. 07-4416-EDL</u>

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  Please be sure to review carefully ADR L.R. 6, which governs the Mediation program.  I have attached a resume describing my professional experience.

Pursuant to ADR L.R. 6-6, I will conduct a telephone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who will be present at the session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour.  My secretary will call each of you in the next few days to determine your availability for the

SFI-576338v1

ATLANTA  •  BEIJING  •  BRUSSELS  •  CHICAGO  •  CLEVELAND  •  COLUMBUS  •  DALLAS  •  FRANKFURT  •  HONG KONG  •  HOUSTON
IRVINE  •  LONDON  •  LOS ANGELES  •  MADRID  •  MILAN  •  MOSCOW  •  MUNICH  •  NEW DELHI  •  NEW YORK  •  PARIS  •  PITTSBURGH
SAN DIEGO  •  SAN FRANCISCO  •  SHANGHAI  •  SILICON VALLEY  •  SINGAPORE  •  SYDNEY  •  TAIPEI  •  TOKYO  •  WASHINGTON

JONES DAY

December 27, 2007
Page 2

telephone conference, which I hope to conduct before January 18, 2008.  Before the telephone
conference, please ascertain from your clients and any insurers a selection of dates upon which
the mediation may be conducted.  The final date that the session can be held is February 12,
2008.

       In the interest of full disclosure under ADR L.R. 2-5(d) and 28 U.S.C. §455(a), I wish to
advise you of the following representations by Jones Day.  In the past, Jones Day has acted as
Scios, Inc.'s attorney, however, all of those matters were completed prior to my joining Jones
Day.  Although I do not have any personal involvement with any of the Scios matters, my firm
requests that the parties also sign a conflict waiver letter.

       I do not believe that these matters would prevent me from serving as an unbiased
mediator in this case, and I do not understand them to require automatic disqualification under
28 U.S.C. §455(b).  However, if these matters cause you or your clients concern about my ability
to serve impartially, you are required to communicate your objection in writing to the ADR Unit
within ten calendar days of your receipt of this letter.  (See ADR L.R. 2-5(d)).]

       I look forward to assisting you on this case.

Very truly yours,

James P. Baker

cc:    Alice M. Fiel, Clerk's Office-ADR Unit



## James P. Baker



Partner
San Francisco
Tel: 1.415.875.5721
Fax: 1.415.875.5700
E-mail: jpbaker@jonesday.com

Jim Baker cochairs the Firm's employee benefits and executive compensation practice. Mr. Baker was recognized by The National Law Journal as one of the 40 best ERISA/employee benefit attorneys in the United States and is "AV" rated by Martindale-Hubbell. Chambers USA has selected Mr. Baker as one of "America's Leading Lawyers" nationally for ERISA litigation, The Legal 500-United States ranked him as a leading ERISA expert, and the Bay Area Lawyer Magazine has chosen him as one of the San Francisco area's "Super Lawyers." Mr. Baker acts as an early neutral evaluator for ERISA cases for the U.S. District Courts for the Northern and Eastern Districts of California.

His work emphasizes defending plan sponsors and plan fiduciaries in complex employee benefits litigation and class actions, including claims of breach of fiduciary duty, plan asset misappropriation, and wrongful denial of benefits. His nonlitigation practice includes counseling employers on all aspects of employee benefit plans. His recent employee benefits case victories include:

U.A. Local 38 Pension Trust Fund Trustees

• Chao v. Mazzola, et al., Case No. 04-4949 (N.D. Cal. 2007). Following a five-year investigation, the U.S. Department of Labor sued the U.A. Local 38 pension trustees for imprudently "reallocating" $70 million in pension and other ERISA trust fund assets to the Konocti Harbor Resort and Spa. All claims involving the U.A. Local 38 trustees were dismissed with prejudice pursuant to a consent order agreed to in 2007. The trustees denied any wrongdoing and none of the trustees paid a penny in settling this dispute.

Capgemini

• Sullivan v. Capgemini, ___ F. Supp. 2d ___, 2007 WL 3052348 (N.D. Ohio 2007). Employer granted summary judgment where court ruled employee's release of all claims at the termination of employment trumped her claim to an additional $12,500 per month in long-term disability benefits.

Southern Company

• Spivey v. Southern Company, 427 F. Supp. 2d 1144 (N.D. Ga. 2006) (class action). Summary judgment granted to Southern Company. Named class representative's billion dollar "stock drop" fiduciary breach

lawsuit completely dismissed because the plaintiff failed to exhaust the 401(k) plan's claim review procedure before filing suit.

ACF Industries

• Chapman v. ACF Industries, LLC, 430 F. Supp. 2d 570 (S.D. W. Va. 2006) (class action). Defeated claim that retiree medical benefits were unchangeable under ERISA and the LMRA. Summary judgment granted to ACF Industries.

State of Oregon Public Employees Retirement Board

• City of Eugene v. State Public Employees Retirement Board, 339 Or. 113 (2005). Negotiated "win-win" settlement with public employers in $2 billion pension contribution dispute and then prevailed in defending it from union attack before the Oregon Supreme Court.

• Strunk v. Oregon Public Employee Retirement Board, 338 Or. 145 (2005) (class action). As special counsel to the Oregon Public Employees' Retirement Board, successfully defended a majority of $9 billion in statutory reforms to the Public Employees Retirement System.

• Henderson v. State of Oregon Public Employees Retirement Board (D. Or. 2004), Case No. CV-74-538 (class action). Won summary judgment for plan trustees during 2004 in $1.6 billion pension plan benefit calculation dispute.

T. Rowe Price

• In re Administrative Committee ERISA Litigation, 2005 WL 3454126 (N.D. Cal. Dec. 16, 2005). Defeated motion to certify class and convinced trial court to dismiss this stock drop case where plaintiffs sought $30 million in damages by establishing class representative had no standing.

• Ogden v. Americredit Corp., 225 F.R.D. 529 (N.D. Tex. 2005) (class action). Motion to deny class certification granted in "stock drop" case by showing the putative class representative did not meet the "adequacy" standards of Fed. R. Civ. P. 23(a)(4).

• McDonald v. Entergy Operations, Inc., 2004 WL 3398451 (S.D. Miss.). Motion to dismiss granted with prejudice in claim for plan benefits and claim for penalties for failing to provide requested information.

Chevron Corporation

• Jones v. Chevron Corporation, 2005 WL 3676786 (N.D. Cal. Oct. 14, 2005). Obtained summary judgment in a claim for additional pension benefits.

Saint Mary's HealthFirst

• Lewis v. Saint Mary's HealthFirst, 402 F. Supp. 2d 1182 (D. Nev. 2005). Successfully defended HMO in case where a severely injured participant alleged the HMO abused its discretion by denying an ERISA claim for

health plan benefits based on the plan's exclusion of coverage for injuries sustained while operating a device under the influence of alcohol.

Bechtel Bettis

• McNeff v. Bechtel-Bettis, Inc., 2004 WL 716711 (W.D. Penn.). Summary judgment obtained in ERISA preemption dispute.

LSI Logic Corporation

• Braden v. LSI Logic Corp., 340 F. Supp. 2d 1066 (N.D. Cal. 2004) (class action). Summary judgment granted in a case establishing the right of an ERISA-regulated severance plan to contain a benefit formula offsetting, dollar for dollar, payments made under the WARN Act.

Cisco Systems

• Cisco Systems, Inc. v. California WCAB, 34 F. App'x. 379 (9th Cir. 2002). Established rule that ERISA prevents California's Workers Compensation Appeals Board from requiring the provision of "free" employee benefits during workers compensation leave.

Household International Tax Reduction Incentive Plan

• Matz v. Household International Tax Reduction Incentive Plan, 265 F.3d 572 (7th Cir. 2001) (class action). Established new law more favorable to plan sponsors concerning partial retirement plan terminations.

Patelco Credit Union

• Patelco Credit Union v. Sahni, 262 F.3d 897 (9th Cir. 2001). Lead attorney at summary judgment; established new law as to fiduciary liability.

TIMEC Company

• Cline v. TIMEC, 200 F.3d 1223 (9th Cir. 2000) (class action). Established new law favorable to plan sponsors as to what constitutes an ERISA-regulated retirement plan.

Mr. Baker is a frequent speaker on employee benefit matters. He is a cochair of the ABA's ERISA and Pension Litigation Subcommittee of the Committee on Business and Corporate Litigation and a contributing editor of the ERISA litigation chapter for the ABA's Business Law Section Annual Review of Developments in Business and Corporate Litigation. He will once again be a featured speaker at the National CLE Conference on ERISA topics taking place in January 2008 in Vail, Colorado. He was a featured speaker at the 18th Annual ERISA Litigation Conference on September 29, 2005 in San Francisco. He was cochair of the 2003 LexisNexis national ERISA Litigation Conference for Practitioners. He is the contributing editor of the Benefits Law Journal, which is published quarterly. Mr. Baker has authored more than 100 articles on employee benefit issues.

Admitted

California; District of Columbia; United States Supreme Court; U.S. Courts of Appeals for the Fourth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits; and U.S. District Courts for the Northern, Southern, Central, and Eastern Districts of California and the districts of Colorado and Illinois

## Education

Georgetown University (LL.M. in Tax 1982); Santa Clara University (American Jurisprudence Award: Labor Law I and Labor Law II; J.D. 1980; B.A. 1975)

EXPERIENCE

### ACF Industries
*Chapman v. ACF Industries, LLC,* 430 F. Supp. 2d 570 (S.D. W. Va. 2006)
Defeated class action claim that retiree medical benefits were unchangeable under ERISA and the LMRA. Summary judgment granted to ACF Industries.

### Bechtel Bettis Inc.
*McNeff v. Bechtel-Bettis, Inc.,* 2004 WL 716711 (W.D. PA. 2004.)
Summary judgment obtained in claim for pension benefits/ERISA preemption dispute.

### Capgemini
*Sullivan v. Capgemini, ____ F. Supp. 2d ____,* 2007 WL 3052348 (N.D. Ohio 2007)
Employer granted summary judgment where court ruled employee's release of all claims at the termination of employment trumped her claim to an additional $12,500 per month in long-term disability benefits.

### Chevron Corporation
*Jones v. Chevron Corporation,* 2005 WL 3676786 (N.D. Cal. 10/14/05)
Obtained summary judgment in a claim for additional pension benefits.

### Cisco Systems, Inc.
*Cisco Systems, Inc. v. California WCAB,* 2001 WL 34780587 (N.D. Cal. 2001); aff'd, 2002 WL 972172 (9th Cir. 2002)
Established rule that ERISA prevents California's Workers Compensation Appeals Board from requiring the provision of "free" employee benefits during workers compensation leave.

### Household International Tax Reduction Incentive Plan
*Matz v. Household International Tax Reduction Incentive Plan,* 265 F.3d 572 (7th Cir. 2001)
Made new law more favorable to plan sponsors concerning partial retirement plan terminations.

### LSI Logic Corporation
*Braden v. LSI Logic Corp.,* 340 F. Supp. 2d 1066 (U.S.D.C. N.D. Cal. 2004)
Established the right of an ERISA-regulated severance plan to contain a benefit formula offsetting, dollar for dollar, payments made under the WARN Act.

### Patelco Credit Union
*Patelco Credit Union v. Sahni,* 262 F.3d 897 (9th Cir. 2001)
Summary judgment; established new law as to fiduciary liability.

### Saint Mary's HealthFirst
*Lewis v. Saint Mary's HealthFirst,* 402 F. Supp. 2d 1182 (D. Nev. 2005)
Successfully defended HMO in case where a severely injured participant alleged the HMO abused its discretion by denying an ERISA claim for health plan benefits based on the plan's exclusion of coverage for injuries sustained while operating a device under the influence of alcohol.

### Seagate Technology, Inc.
*Hopkins v. Seagate,* 30 F.3d 104 (10th Cir. 1994)
Victory at trial and affirmed on appeal finding employer did not interfere

with plaintiff's rights to LTD plan coverage.

## Southern Company, The
*Spivey v. The Southern Company* 427 F. Supp. 2d 1144 (N.D. Ga. 2006)
Summary judgment granted to Southern Company. Named class representative's billion dollar "stock drop" fiduciary breach lawsuit completely dismissed because the plaintiff failed to exhaust the 401(k) plan's claim review procedure before filing suit.

## State of Oregon Public Employees Retirement Board
*Strunk v. Oregon Public Employee Retirement Board,* 338 Or. 145 (2005)
As special counsel to the Oregon Public Employees' Retirement Board, successfully defended a majority of $9 billion in statutory reforms to the Public Employees Retirement System.

*City of Eugene v. State Public Employees Retirement Board,* 339 Or. 113 (2005)
Negotiated "win-win" settlement with public employers in $2 billion pension contribution dispute and then prevailed in defending it from union attack before the Oregon Supreme Court.

*Henderson v. State of Oregon Public Employees Retirement Board,* (D. OR.2004)
Won summary judgment for plan trustees in claim for $1.6 billion in additional public retirement plan benefits.

## T. Rowe Price Associates, Inc.
*In re Administrative Committee ERISA Litigation,* 2005 WL 3454126 (N.D.Cal. 12/16/05)
Defeated motion to certify class and convinced trial court to dismiss this stock drop case where plaintiffs sought $30 million in damages by establishing class representative had no standing.

*Ogden v. Americredit Corp.,* 225 F.R.D. 529 (N.D. Tx. 2005)
Motion to deny class certification granted in 401(k) employer stock price-drop class action case.

*McDonald v. Entergy Operations, Inc.,* 2004 WL 3398451 (S.D. Miss.)
Motion to dismiss granted with prejudice in claim for plan benefits and claim for penalties for failing to provide requested information.

## TIMEC Company, Inc.
*Cline v. TIMEC,* 200 F.3d 1223 (9th Cir. 2000)
Made new law favorable to employers as to when employer contributions become "plan assets" and as to what constitutes an ERISA-regulated retirement plan.

## U.A. Local 38 Pension Trust Fund Trustees
*Chao v. Mazzola, et al.,* Case No. 04-4949 (N.D. Cal. 2007)
Following a five-year investigation, the U.S. Department of Labor sued the U.A. Local 38 pension trustees for imprudently "reallocating" $70 million in pension and other ERISA trust fund assets to the Konocti Harbor Resort and Spa. All claims involving the U.A. Local 38 trustees were dismissed with prejudice pursuant to a consent order agreed to in 2007. The trustees denied any wrongdoing and none of the trustees paid a penny in settling this dispute.

PUBLICATIONS

| | | |
|---|---|---|
| August 2007 | Future Imperfect? Cash Balance Plans in the New Millennium | PDF Version |
| Summer 2007 | How Much Is Too Much? A Primer on the 401(k) "Feegate" Litigation, *Benefits Law Journal*, Vol. 20, No. 2 - PDF | PDF Version |
| Summer 2007 | Future Imperfect? Cash Balance Plans in the New Millennium, *Benefits Law Journal*, Vol. 20, No. 2 - PDF | PDF Version |
| June 2007 | Is Coordinating Medicare-Based Benefits with Retiree Medical-Plan Benefits a Form of Age Discrimination? | PDF Version |
| April 2007 | Who Killed *Yard-Man*? | PDF Version |
| February 2007 | Making Employer Stock Safe for Your 401(k) Plan: Managing the Risk | PDF Version |
| January 2007 | Follow the Money - PDF | PDF Version |
| Autumn 2006 | Finally Good News: Court Rejects Lawsuit Over Temp Drop in Employer Stock, *Benefits Law Journal*, Vol 19, No. 3 - PDF | PDF Version |
| Autumn 2006 | Follow the Money, *Benefits Law Journal*, Vol 19, No. 3 - PDF - PDF | PDF Version |
| Summer 2006 | Can Maryland Make Employers "Pay or Play"?, *Benefits Law Journal*, Vol. 19, No. 2 - PDF | PDF Version |
| June 2006 | Can Maryland Make Employers "Pay or Play"? - PDF | PDF Version |
| 2006 | ERISA Litigation Chapter, Business Law Section, *2006 Annual Review of Developments in Business and Corporate Litigation*, ABA - PDF | PDF Version |
| July 2005 | Employee Benefits & Executive Compensation: Another ERISA Fiduciary Duty Wake-Up Call | PDF Version |
| June 2005 | ERISA Litigation: The Law of Unintended Consequences | PDF Version |

| | | |
|---|---|---|
| November 5, 2004 | Pensioners Receive Protection from Retroactive Plan Change, *San Francisco Daily Journal* - PDF | PDF Version |
| Summer 2004 | The Good, the Bad and the Ugly: Delegating fiduciary responsibility After Enron, *Employee Relations Law Journal*,. 30, No. 1 - PDF | PDF Version |
| January 29, 2001 | Posner Proposes ERISA Plan 'safe harbor' language, *The National Law Journal* - PDF | PDF Version |
| November 11, 1999 | Get Serious - 9th Circuit Announces New Doctrine Regarding Plan Amendments, *Los Angeles Daily Journal* - PDF | PDF Version |
| July 6, 1999 | Microsoft's Misclassifications, *Los Angeles Daily Journal* - PDF | PDF Version |
| Summer 1998 | Equal Pay for Equal Work: The Law of Domestic Partner Benefits, *ABA, The Labor Lawyer* - PDF | PDF Version |
| February 16, 1998 | Retired Care Still Cuttable, *D.C. Legal Times* | |
| ongoing | Editorial Board member for the ERISA Law Journal | |
| ongoing | Contributing Editor to the Benefits Law Journal | |
| | Christmas Comes Early to Microsoft's Permatemps, *Daily Journal* | PDF Version |

PAST SPEAKING ENGAGEMENTS

| | | |
|---|---|---|
| 10 Things Plaintiffs' Lawyers Won't Tell You About 401(K) Plan "Excess" Service Fee Lawsuits | May 15, 2007 | Webinar |
| Making Employer Stock Safe for Your 401(k) Plan, ABA Spring Meeting | March 15, 2007 | Washington, D.C. |
| Vested Rights Doctrine: A Brief Overview of Its Application to Pension and Other Post-Retirement Benefits, JD MCLE University | January 25, 2007 | Los Angeles, California |
| ERISA stock drop cases after Enron, JD MCLE University | January 25, 2006 | San Francisco, California |
| Company Stock Funds: How to Minimize the Risks, seminar for clients and members of Jones Day's Employee Benefits & Executive Compensation Practice | October 20, 2005 | Chicago, Illinois |
| Layoffs, Shutdowns and Benefit Cutbacks, Legalworks 18th Annual ERISA Litigation Conference | September 29-30, 2005 | San Francisco, California |