# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR · SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 · FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5721
jpbaker@jonesday.com

**VIA EMAIL**

February 12, 2008

Joy Young Stephenson
Susan H. Hua
Barry Sullivan
STEPHENSON, ACQUISTO & COLMAN
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Mark A. Neubauer
STEPTOE & JOHNSON
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052

Robert Reins Pohls
Jason George Gong
Stacey Lynn Leask
POHLS & ASSOCIATES
12657 Alcosta Blvd., Suite 150
San Ramon, CA 94583

Re:    *John Muir Medical Center Health v. Scios, Inc.*
       USDC N.D. Cal. Case No. 07-4416-EDL

Dear Counsel:

It was a pleasure speaking with each of you on January 29, 2008. Hopefully the parties have reached a settlement in this case. However, in the event you have not, I remain available on February 26, 27 or 28 2008 to handle your mediation.

Please let me know how the parties wish to proceed.

Very truly yours,

James P. Baker

cc:    Alice M. Fiel, Clerk's Office-ADR Unit

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK · PARIS · PITTSBURGH
SAN DIEGO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON