# JONES DAY

555 CALIFORNIA STREET, 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 626-3939 • FACSIMILE: (415) 875-5700

Direct Number: (415) 875-5721
jpbaker@jonesday.com

**VIA EMAIL**

February 14, 2008

Joy Young Stephenson
Susan H. Hua
Barry Sullivan
STEPHENSON, ACQUISTO & COLMAN
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Mark A. Neubauer
STEPTOE & JOHNSON
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052

Robert Reins Pohls
Jason George Gong
Stacey Lynn Leask
POHLS & ASSOCIATES
12657 Alcosta Blvd., Suite 150
San Ramon, CA 94583

Re:   *John Muir Medical Center Health v. Scios, Inc.*
      USDC N.D. Cal. Case No. 07-4416-EDL

Dear Counsel:

In response to Susan Hua's email message of this date, I received a call from Robin W. Siefkin, ADR Program Staff Attorney, confirming that the parties' deadline for mediation was February 12, 2008. The Court's December 4, 2007 Civil Minutes state:

> Case previously referred to the Court's ADR Department for
> Mediation to occur within 90 days, if possible.

This case was referred to mediation on November 14, 2007. Making the deadline for mediation February 12, 2008. (11/14/07 + 90 = 02/12/08).

The Civil Minutes further states:

> If case does not resolve at mediation, plaintiff shall file its motion
> to remand by 03/04/2008, set for hearing 04/08/2008 at 9:00 a.m.

Accordingly, the Court's ADR Department requires that a Stipulation and (Proposed) Order to extend mediation deadline be filed forthwith. If the mediation deadline is extended past March 3, 2008, the parties must also request extension of the March 4, 2008 deadline to file a Motion to Remand and April 8, 2008 hearing on said Motion. February 26 through 28 are

SFI-578513v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

February 14, 2008
Page 2

currently reserved on my calendar as possible mediation dates for this matter. I would appreciate the parties selecting one of those dates at your earliest convenience.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

James P. Baker

cc:   Alice M. Fiel, Clerk's Office-ADR Unit

SFI-578513v1