1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.    (SBN 136571)
3  SUSAN H. HUA, ESQ.  (SBN 243388)
   303 N. Glenoaks Blvd., Suite 700
4  Burbank, CA 91502
5
   Telephone:  (818) 559-4477
6  Facsimile:   (818) 559-5484
7
   Attorneys for Plaintiff
8  JOHN MUIR HEALTH

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11

12 JOHN MUIR HEALTH d/b/a JOHN       Case No.:    C07-04416 EDL
13 MUIR MEDICAL CENTER, a
   California nonprofit public benefit   Hon. Elizabeth D. Laporte
14 corporation,
                                         **NOTICE OF SETTLEMENT**
15            Plaintiff,
16
       vs.
17
18 SCIOS, INC., a California for profit
   corporation; CORESOURCE, INC., a
19 Delaware for profit corporation; and
   DOES 1 THROUGH 25, INCLUSIVE
20
21            Defendants.
22
23

24 TO THE HON. ELIZABETH D. LAPORTE AND ALL INTERESTED
25 PERSONS:
26         NOTICE IS HEREBY GIVEN that the parties to this action have
27 settled this matter.  At present, the parties anticipate that as much as 30 days' time
28 may be required to finalize their settlement and forward to the Court a stipulation

1   providing for the entry of a judgment of dismissal in this action.  The parties

2   therefore jointly request that all dates currently set in this action, including all

3   related case management obligations be vacated.

4

5                                          Respectfully submitted,

6

7   Dated:  February 21, 2008             STEPHENSON, ACQUISTO & COLMAN

8

9                                              /S/

10  _____

11                                          SUSAN H. HUA
                                            Attorney for Plaintiff
12                                          JOHN MUIR HEALTH d/b/a JOHN
                                            MUIR MEDICAL CENTER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 21 February 2008, I served the foregoing document(s) entitled:

**NOTICE OF SETTLMENT**

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[ X ]    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ]    BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]    BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ]    BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

1   [  ]   State:  I declare under penalty of perjury under the laws of the State of
2           California that the above is true and correct.

3   [ X ]   Federal:  I declare that I am employed in the office of a member of the bar of
4           this court at whose direction the service was made.

5                                                           /S/

6           _____

7                                               AIDA GRIGORIAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## SERVICE LIST

2

3    Robert R. Pohls, Esq.
4    Jason G. Gong, Esq.
     Stacy L. Leask, Esq.
5    POHLS & ASSOCIATES
6    12657 Alcosta Blvd., Suite 150
     San Ramon, CA 94583
7    *(Attorney for Defendant, Coresource,*
     *Inc.)*
8

9    Mark A. Neubauer, Esq.
     Christian A. Jordan, Esq.
10   STEPTOE & JOHNSON LLP
11   2121 Avenue of the Stars, Suite 2800
     Los Angeles, CA 90067
12   *(Attorney for Defendant, Scios, Inc.)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28