# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| John Muir Medical Center Health,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Scios, Inc.,<br><br>    Defendant(s). | No. C 07-04416 EDL MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

                                                                                telephone conference

1. I hereby certify that the parties in this matter held a/☐ Mediation or ☐ ENE session on (date) ___01/29/08___

2. Did the case settle?     ☒ fully     ☐ partially     ☐ no  subsequent to call.

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO

Dated: ___02/19/08___     _____/s/ James P. Baker_____
                                                 Mediator, James P. Baker
                                                 Jones Day
                                                 555 California St., 26th Fl.
                                                 San Francisco, CA 94104-1500

**Certification of ADR Session**
07-04416 EDL MED