United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MUIR MEDICAL CENTER HEALTH

       Plaintiff(s),                            No. C-07-04416 EDL

    v.                                   **ORDER OF CONDITIONAL DISMISSAL**

SCIOS, INC.

       Defendants.

       The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

       IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: February 21, 2008

                                                       _____
                                                       ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge