STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.     (SBN 136571)
SUSAN H. HUA, ESQ.  (SBN 243388)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:    (818) 559-5484

Attorneys for Plaintiff
JOHN MUIR MEDICAL CENTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR MEDICAL CENTER HEALTH d/b/a JOHN MUIR MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCIOS, INC., a California for profit corporation; CORESOURCE, INC., a Delaware for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE<br><br>Defendants. | Case No.:   C07-04416 EDL<br><br>Hon. Elizabeth D. Laporte<br><br>**REQUEST TO REINSTATE CASE TO ALLOW PARTIES TO COMPLETE SETTLEMENT AND PROPOSED ORDER TO REINSTATE CASE** |

TO THE HON. ELIZABETH D. LAPORTE AND ALL INTERESTED PERSONS:

NOTICE IS HEREBY GIVEN that plaintiff JOHN MUIR MEDICAL CENTER HEALTH requests to reinstate this case for 30 days for the purpose of allowing the parties to complete settlement.  On or before the 30th day following

this request, the parties shall forward to the Court a stipulation providing for the entry of a judgment of dismissal in this action.

Respectfully submitted,

Dated: April 21, 2008

STEPHENSON, ACQUISTO & COLMAN

/S/
_____
SUSAN H. HUA
Attorney for Plaintiff
JOHN MUIR MEDICAL CENTER
HEALTH d/b/a JOHN MUIR
MEDICAL CENTER

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that this case be reinstated for 30 days for the purpose of completing settlement. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the case will be dismissed with prejudice.

Dated: _____

HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 21 April 2008, I served the foregoing document(s) entitled:

**REQUEST TO REINSTATE CASE TO ALLOW PARTIES TO COMPLETE SETTLEMENT AND PROPOSED ORDER TO REINSTATE CASE**

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[ X ]  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ]  BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]  BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ]  BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

[ ]   State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]   Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/S/

_____

AIDA GRIGORIAN

## SERVICE LIST

Robert R. Pohls, Esq.
Jason G. Gong, Esq.
Stacy L. Leask, Esq.
POHLS & ASSOCIATES
12657 Alcosta Blvd., Suite 150
San Ramon, CA 94583
*(Attorney for Defendant, Coresource, Inc.)*

Mark A. Neubauer, Esq.
Christian A. Jordan, Esq.
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
*(Attorney for Defendant, Scios, Inc.)*