1  STEPTOE & JOHNSON LLP
   Mark A. Neubauer (SBN 73738)
2  Christian A. Jordan (SBN 235081)
   2121 Avenue of the Stars, Suite 2800
3  Los Angeles, CA 90067-5052
   Telephone: (310) 734-3200
4  Facsimile: (310) 734-3300
   Email:    mneubauer@steptoe.com
5  Email:    cjordan@steptoe.com

6  Attorney for Defendant
7  SCIOS, INC.

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN MUIR HEALTH d/b/a JOHN       | Case No.: C07-04416 EDL
   | MUIR MEDICAL CENTER, a
12 | California nonprofit public benefit | Hon. Elizabeth D. Laporte
   | corporation,
13 |                                    | **STIPULATION OF DISMISSAL**
   |           Plaintiff,
14 |                                    |
   |   vs.                              | Place: Courtroom E, 15th Floor
15 |                                    |        450 Golden Gate Avenue
   | SCIOS, INC. a California for profit |        San Francisco, CA 94102-3483
16 | corporation; CORESOURCE, INC., a
   | Delaware for profit corporation; and
17 | DOES 1 through 25, inclusive,
18 |           Defendants.
19

20

21

22

23

24

25

26

27

28

1  IT IS HEREBY stipulated that the above-captioned action be and hereby is
2  dismissed with prejudice as between Plaintiff John Muir Medical Center Health, on the
3  one hand, and Defendant Scios, Inc., on the other hand, through their undersigned
4  counsel of record. Each party shall bear its own attorneys' fees and costs.

DATED: 4-21-08          Respectfully Submitted

STEPTOE & JOHNSON LL.P.
MARK A. NEUBAUER
CHRISTIAN A. JORDAN

By: /s/ Christian Jordan
CHRISTIAN A. JORDAN
Attorneys for Defendant SCIOS, INC.

DATED: 4/16/08          STEPHENSON, ACQUISTO & COLMAN
SUSAN HUA

By: /s/ Susan Hua
SUSAN HUA
Attorneys for Plaintiff JOHN MUIR MEDICAL
CENTER HEALTH

Case No. C07-04416 EDL
Doc. # CC-178176 v.1