1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  SUSAN H. HUA, ESQ.  (SBN 243388)
4  303 N. Glenoaks Blvd., Suite 700
   Burbank, CA 91502
5
6  Telephone:  (818) 559-4477
   Facsimile:   (818) 559-5484
7
8  Attorney for Defendant
9  JOHN MUIR HEALTH

10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12

13  JOHN MUIR MEDICAL CENTER          Case No.:  C07-04416 EDL
    HEALTH d/b/a JOHN MUIR
14  MEDICAL CENTER,  a California     Hon. Elizabeth D. Laporte
    nonprofit public benefit corporation,
15                                    **STIPULATION OF DISMISSAL**
          Plaintiff,
16
17        vs.
18  SCIOS, INC. a California for profit
    corporation; CORESOURCE, INC., a
19  Delaware for profit corporation; and
    DOES 1 through 25, inclusive,
20
          Defendants.
21

22
23
24
25
26
27
28

1    IT IS HEREBY stipulated that the above-captioned action be and hereby is

2  dismissed with prejudice as between Plaintiff John Muir Medical Center Health, on

3  the one hand, and Defendant CoreSource, Inc., on the other hand, through their

4  undersigned counsel of record.  Each party shall bear its own attorneys' fees and

5  costs.

6

7  DATED: April 28, 2008          Respectfully Submitted

8                                 POHLS & ASSOCIATES
                                   ROBERT R. POHLS
9

10

11  By: _____
                                   ROBERT R. POHLS
12                                 Attorneys for Defendant CORESOURCE, INC.

13

14  DATED: April 28, 2008          STEPHENSON, ACQUISTO & COLMAN
                                   SUSAN H, HUA
15

16

17  By: _____
                                   SUSAN HUA
18                                 Attorneys for Plaintiff JOHN MUIR
                                   MEDICAL CENTER HEALTH

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 29 April 2008, I served the foregoing document(s) entitled:

### STIPULATION OF DISMISSAL

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[ X ]  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ]  BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]  BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ]  BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

1
2

[ ]    State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3
4

[ X ]   Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

5
6
7

AIDA GRIGORIAN

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## SERVICE LIST

2

3    Robert R. Pohls, Esq.
     Jason G. Gong, Esq.
4    Stacy L. Leask, Esq.
5    POHLS & ASSOCIATES
     12657 Alcosta Blvd., Suite 150
6    San Ramon, CA 94583
7    *(Attorney for Defendant, Coresource,*
     *Inc.)*
8

9    Mark A. Neubauer, Esq.
     Christian A. Jordan, Esq.
10   STEPTOE & JOHNSON LLP
11   2121 Avenue of the Stars, Suite 2800
     Los Angeles, CA 90067
12   *(Attorney for Defendant, Scios, Inc.)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28